**EMPLOYERS OVERLOAD COMPANY OF NEW ORLEANS, INC., et al.**

No. 52947.

Nov. 16, 1972.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

268 So.2d 260

**Mrs. Melba Lee CARPENTER, wife of and Waldo M. JOHNS**

v.

**Dr. William K. GAUTHIER, New Orleans-Metairie Hospital Foundation (Sometimes Referred to as Metairie Hospital), et al.**

No. 52949.

Nov. 16, 1972.

Writ denied. No error of law in the judgment.